KEHRES et al. v. EXCHANGE NAT. BANK OF POLO, ILL. (Circuit Court of Appeals, Sixth Circuit. June 11, 1900.) No. 784. In Error to the Circuit Court of the United States for the Northern District of Ohio. Clarence Brown, for plaintiff in error. Alexander L. Smith, for defendant in error. No opinion. Judgment of circuit court affirmed.

---

LASCELLES v. BIDWELL. (Circuit Court, S. D. New York. March 19, 1900.) Motion for Preliminary Injunction. Charles Henry Butler, for the motion. Henry L. Burnett, U. S. Atty., opposed.

LACOMBE, Circuit Judge. Motion denied on authority of Cruickshank v. Bidwell, 176 U. S. 73, 20 Sup. Ct. 280, 44 L. Ed. ——. Complainant has an adequate, summary, and expeditious remedy at law under the customs administrative act.

---

McMILLAN et al. v. McKEE. (Circuit Court of Appeals, Eighth Circuit. May 28, 1900.) No. 1,389. In Error to the United States Court of Appeals in the Indian Territory. W. A. Ledbetter and S. T. Bledsoe, for plaintiffs in error. Stuart Dennee, for defendant in error. Dismissed, with costs, pursuant to rule 23 (31 C. C. A. clxiii., 90 Fed. clxiii.), on motion of defendant in error.

---

MISSOURI PAC. RY. CO. v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. May 23, 1900.) No. 1,040. Appeal from the Circuit Court of the United States for the District of Kansas. Alexander G. Cochran, O. E. Benton, J. H. Richards, and Ralph Richards, for appellant. I. E. Lambert and W. C. Perry, for appellee. No opinion. Affirmed, without costs to either party in this court.

---

MONSARRAT v. MERCANTILE TRUST CO. (Circuit Court of Appeals, Sixth Circuit. June 5, 1900.) No. 816. Appeal from the Circuit Court of the United States for the Southern District of Ohio. Swayne & Swayne, Thomas E. Powell, and Charles H. Stephens, for appellant. Morrison R. Waite, Lawrence Maxwell, Jr., Parsons, Shepard & Ogden, and Alexander & Green, for appellee. Dismissed under rule 23 (31 C. C. A. clxiii., 90 Fed. clxiii.).

---

In re MORRIS et al. (Circuit Court of Appeals, Second Circuit. May 5, 1900.) No. 168. Appeal from the District Court of the United States for the Southern District of New York. M. R. Crow, for appellant Morris. Wm. L. Marshall, for appellant Bouker. Allan McCulloch, for appellee. Before WALLACE, LACOMBE, and SHIPMAN, Circuit Judges. No opinion. Affirmed on the opinion of the court below. 98 Fed. 711.